```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


                              )
                              )
MARIA I. PROHIAS              )
        Plaintiff(s)          )
                              )           C 05-02699 JL
     -v-                      )
                              ) ORDER SETTING INITIAL CASE MANAGEMENT
INTEL CORPORATION             ) CONFERENCE
        Defendant(s)          )
_____)
```

IT IS HEREBY ORDERED that this action is assigned to the Honorable James Larson.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California," the Notice of Assignment to United States Magistrate Judge for Trial, and all other documents specified in Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients must familiarize themselves with that rule and with the handbook entitled "Dispute Resolution Procedures in the Northern District of California."

```
            CASE SCHEDULE   [ADR MULTI-OPTION PROGRAM]

Date       Event                                         Governing Rule
------------------------------------------------------------------------
06/30/2005 Complaint filed

10/12/2005 Last day to meet and confer re initial        FRCivP 26(f)
           disclosures, early settlement, ADR process    & ADR LR 3-5
           selection, and discovery plan

10/12/2005 Last day to file Joint ADR Certification      Civil L.R. 16-8
           with Stipulation to ADR process or Notice of
           Need for ADR Phone Conference

10/26/2005 Last day to complete initial disclosures      FRCivP 26(a)(1)
           or state objection in Rule 26(f) Report,      Civil L.R.16-9
           file/serve Case Management Statement, and
           file/serve Rule 26(f) Report

11/02/2005 Case Management Conference in
           Ctrm F,15th Floor,SF at 10:30 AM              Civil L.R. 16-10
```