1     Bingham McCutchen LLP
      DAVID M. BALABANIAN (SBN 37368)
2     CHRISTOPHER B. HOCKETT (SBN 121539)
      JOY K. FUYUNO (SBN 193890)
3     Three Embarcadero Center
      San Francisco, CA 94111-4067
4     Telephone: (415) 393-2000
      Facsimile: (415) 393-2286
5
      Attorneys for Defendant
6     Intel Corporation

7

8                 UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12    MARIA I. PROHIAS, individually and on behalf     No. C-05-2699
      of all others similarly situated,
13                                         STIPULATION AND [PROPOSED]
             Plaintiff,                  ORDER TO CONTINUE FILING DATE
14       v.                                FOR DEFENDANT'S RESPONSE TO
                                       PLAINTIFF'S COMPLAINT
15    INTEL CORPORATION, a Delaware
      corporation,
16
             Defendant.
17

18

19            IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR

20 COUNSEL AS FOLLOWS:

           Pursuant to Civil Local Rule 6-2, Plaintiff Maria I. Prohias and Defendant Intel
21
Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be
22
due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate
23
or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days
24
after any such motion has been denied. The parties request this transfer because the plaintiffs in
25
*Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter,
26

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

1    have filed a petition to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section

2    1407, and the above-styled action has been identified as a related action to that petition. As a

3    result the outcome of the pending petition will impact significantly the schedule of this case.

4              This is the first stipulation between the parties.  Because this litigation has just

5    begun, granting such a stipulation will not have any negative impact on the schedule of this case.

6    IT IS HEREBY STIPULATED.
     DATED: July 19, 2005
7

8.                                              Bingham McCutchen LLP

9

10

11   By:_____
                       JOY K. FUYUNO
12                    Attorneys for Defendant
                        Intel Corporation
13

14

15                                              Law Offices of Jeffrey F. Keller

16

17   By:_____
                       JEFFREY F. KELLER
18                    Attorneys for Plaintiff
                        Maria I. Prohias
19

20

21

22

23

24

25

26

                                               2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21927222.1