| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539)<br>JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center<br>San Francisco, California 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| 5 | Attorneys for Defendant<br>Intel Corporation |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | MARIA I. PROHIAS, individually and on behalf of all others similarly situated, | No. 05-2699 |
| 13 | | DEFENDANT INTEL |
| 14 | Plaintiff,<br>v. | CORPORATION'S FED. R. CIV.<br>PROC. 7.1 AND CIVIL L.R. 3-16<br>DISCLOSURE STATEMENTS |
| 15 | INTEL CORPORATION, | |
| 16 | Defendant. | |

SF/21633115.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1  Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2  that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4  than the named parties, there is no such interest to report.

DATED: August 26, 2005

BINGHAM McCUTCHEN LLP

By:       /s/ *Joy K. Fuyuno*
Joy K. Fuyuno
Attorneys for Defendant
Intel Corporation

SF/21633115.1

2

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT