FILED

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  JEFFREY F. KELLER (148005)
   JADE BUTMAN (235920)
2  KELLER GROVER LLP
   425 Second Street, Suite 500
3  San Francisco, CA 94107
   Telephone: (415) 543-1305
4  Facsimile: (415) 543-7861

5  Attorneys for Plaintiff
   Maria I. Prohias
6

7          IN THE UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9                 SAN FRANCISCO DIVISION

10  MARIA I. PROHIAS, individually and on      )  Case No. C 05-2699 (MHP)
    behalf of all others similarly situated,   )
11                                             )
                                               )
12              Plaintiff,                     )  STIPULATION AND [PROPOSED]
          v.                                   )  ORDER TO STAY DATES, EVENTS AND
13                                             )  DEADLINES PENDING THE OUTCOME
    INTEL CORPORATION, a Delaware              )  OF THE MOTION TO TRANSFER AND
14  Corporation,                               )  COORDINATE OR CONSOLIDATE
                                               )  PURSUANT TO 28 U.S.C. § 1407
15              Defendant.                      )
    _____        )
16                                             )

17

18

19          WHEREAS, on June 30, 2005, Plaintiff filed the instant action in the Northern

20  District of California ("Prohias Action");

21          WHEREAS, on or about July 11, 2005, the plaintiffs in Brauch, et al. v. Intel

22  Corp., No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23  Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24  pre-trial proceedings pursuant to 28 U.S.C. § 1407 ("MDL Motion"), and the Prohias Action has

25  been identified as a related action to that motion;

26          WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order

27  relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

28                                   1

1   all dates, events and deadlines in the action;

2        WHEREAS, to date, a decision has not been rendered on the MDL Motion;

3        WHEREAS, the outcome of the MDL Motion will impact significantly the

4   schedule of this case;

5        THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

6   by and among counsel for Plaintiff Prohias, and counsel for Defendant Intel Corporation, that

7   any events, dates or deadlines set by the Local Rules or the Federal Rules of Civil Procedure,

8   including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal

9   Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order

10   applicable to this case should likewise be stayed pending the outcome of the aforementioned

11   MDL Motion; and

12        IT IS FURTHER STIPULATED by the aforementioned parties that if a case

13   management conference is rescheduled by the Court, the parties shall adjust the dates for any

14   conference, disclosures or reports required by the Local Rules or the Federal Rules of Civil

15   Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

16   accordingly.

17

18   IT IS HEREBY STIPULATED.

19   Dated: October 28, 2005

20           Keller Grover LLP

21

22           By:    /s/ Jeffrey F. Keller

23                 JEFFREY F. KELLER

24

25           Attorneys for Plaintiff Prohias

26

27

28                2

Bingham McCutchen LLP


By:   /s/ Joy Fuyuno

JOY K. FUYUNO

Attorneys for Defendant
Intel Corporation


## [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION

Any events, dates or deadlines set by the Local Rules or the Federal Rules of
Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local
Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any
case management order applicable to this case are hereby stayed pending the outcome of the
motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to
reschedule a case management conference, the parties shall adjust the dates for any conference,
disclosures or reports required by the Local Rules or the Federal Rules of Civil Procedure,
including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of the Court within 10 days of the decision on
the MDL Motion.

**IT IS SO ORDERED.**

Date: _____        _____
                                     Honorable Marilyn H. Patel
                                     United States District Court Judge

3