ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02699-MHP

| | |
|---|---|
| Prohias v. Intel Corporation | Date Filed: 06/30/2005 |
| Assigned to: Hon. Marilyn H. Patel | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Maria I. Prohias**      represented by    **Anthony D. Shapiro**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: tony@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elaine T. Byszewski**
Hagens Berman LLP
700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101
213-330-7150
Fax: 213-330-7152
Email: elaine@hagens-berman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard M. Bushman**
Harke & Clasby LLP
155 South Miami Avenue
Suite 600
Miami, FL 33130
305-536-8222
Email: hbushman@harkeclasby.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey F. Keller**
Law Officces of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107

(415) 543-1305
Fax: 415-543-7861
Email: jfkeller@kellergrover.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen R. Scanlan**
Law Offices of Jeffrey F. Keller
425 Second Street
Suite 500
San Francisco, CA 94107
415-543-1305
Fax: 415-543-7861
Email: kscanlan@jfkellerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance C. Harke**
Harke & Clasby, LLP
155 So. Miami Avenue, Suite 600
Miami, FL 33131
305-536-8222
Fax: 305-536-8229
Email: lharke@harkeclasby.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee M. Gordon**
Hagens Berman Sobol Shapiro LLP
700 South Flower Street
Suite 2940
Los Angeles, CA 90017-4101
213/330-7150
Fax: 213/330-7152
Email: lee@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Intel Corporation** | represented by | **Christopher B. Hockett** <br> Bingham McCutchen LLP <br> Three Embarcadero Center <br> San Francisco, CA 94111-4067 <br> 415-393-2000 <br> Fax: 415-393-2286 <br> Email: chris.hockett@bingham.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Joy K. Fuyuno** <br> Bingham McCutchen LLP <br> Three Embarcadero Center <br> San Francisco, CA 94111-4067 <br> 415-393-2000 <br> Fax: 415-393-2286 <br> Email: joy.fuyuno@bingham.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Julie Greenwald** <br> Bingham McCutchen LLP <br> Three Embarcadero Center <br> San Francisco, CA 94111 <br> 415/393-2000 <br> Fax: 415/393-2286 <br> Email: julie.greenwald@bingham.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2005 | 1 | COMPLAINT /issued summons against Intel Corporation ( Filing fee $ 250, receipt number 3373881.). Filed byMaria I. Prohias. (ga, COURT STAFF) (Filed on 6/30/2005) Additional attachment(s) added on 8/2/2005 (gba, COURT STAFF). (Entered: 07/01/2005) |
| 06/30/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 10/26/2005. Case Management Conference set for 11/2/2005 10:30 AM.. Signed by Judge James Larson on 6/30/05. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 6/30/2005) (Entered: 07/01/2005) |
| 06/30/2005 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 6/30/2005) (Entered: 07/01/2005) |
| 07/08/2005 | 3 | AFFIDAVIT of Service for Complaint, Summons, CMC Order, ECF Regis. handout, Notice of Magis. Judge, ADR procedures served on Intel Corporation on July 1, 2005, filed by Maria I. Prohias. (Keller, Jeffrey) (Filed on 7/8/2005) (Entered: 07/08/2005) |
| | | |

| | | |
|---|---|---|
| 07/20/2005 | 4 | STIPULATION re 1 Complaint *and [Proposed] Order to Continue Filing Date for Defendant's Response to Plaintiff's Complaint* by Intel Corporation. (Greenwald, Julie) (Filed on 7/20/2005) (Entered: 07/20/2005) |
| 07/27/2005 | 5 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings;Signed by Judge Marilyn Hall Patel on 7/26/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 6 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 08/26/2005 | 7 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/28/2005 | 8 | Proposed Order *to Stay Deadlines Pending MDL Decision* by Maria I. Prohias. (Keller, Jeffrey) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/01/2005 | 9 | ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 10/31/2005. (awb, COURT-STAFF) (Filed on 11/1/2005) (Entered: 11/01/2005) |
| 11/08/2005 | 10 | ORDER statistically DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 11/7/2005. (awb, COURT-STAFF) (Filed on 11/8/2005) (Entered: 11/08/2005) |
| 11/17/2005 | 11 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 12/17/2005 | 12 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 12/17/2005) (Entered: 01/10/2006) |
| 01/10/2006 | 13 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware. (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/10/2006) |

| | |
|---|---|
| **PACER Service Center** ||
| **Transaction Receipt** ||
| 01/12/2006 06:34:46 ||
| **PACER Login:** ud0037 | **Client Code:** |

| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02699-MHP |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.16 |